# Order

November 13, 2015

150969 & (63)

Michigan Supreme Court
Lansing, Michigan

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                          SC: 150969
                          COA: 317577
BRIAN MATTHEW EVANS,         Wayne CC: 12-003028-FC
      Defendant-Appellant.

_____/

      On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the December 18, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2015



s1110

                                      Clerk